# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Maria De La Cruz,

    Plaintiff,

v.

Mi Nidito Restaurant Incorporated,

    Defendant.

No. CV-26-00205-TUC-JR

**ORDER**

On May 5, 2026, Magistrate Judge Jacqueline M. Rateau issued a report and recommendation (R & R) recommending the Court dismiss Plaintiff's Complaint. (Doc. 10.) The Magistrate Judge informed the Plaintiff she had fourteen days to file an objection. (*Id.*) The time has passed and no objection has been filed.

The standard of review of a magistrate judge's R&R is dependent upon whether a party objects: where there is no objection to a magistrate's factual or legal determinations, the district court need not review the decision "under a *de novo* or any other standard." *Thomas v. Arn*, 474 U.S. 140, 150 (1985). However, when a party objects, the district court must "determine *de novo* any part of the magistrate judge's disposition that has been properly objected to. The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions." Fed. R. Civ. P. 72(b)(3); *see also* 28 U.S.C. § 636(b)(1). Moreover, "while the statute does not require the judge to review an issue *de novo* if no objections are filed, it does not preclude further review by the district judge,

*sua sponte* or at the request of a party, under a *de novo* or any other standard." *Thomas*, 474 U.S. at 154.

The Court has reviewed the Complaint (Doc. 1), the In Forma Pauperis Application (Doc. 2), the Summons (Doc. 3) and the Magistrate Judge's R & R (Doc. 10). The Court finds the R&R well-reasoned and agrees with Judge Rateau's conclusions.

Accordingly, IT IS ORDERED:

1)  Magistrate Judge Rateau's Report and Recommendation is ADOPTED. (Doc. 10.)

2)  Plaintiff's the In Forma Pauperis Application is GRANTED. (Doc. 2.)

3)  This matter is DISMISSED WITHOUT PREJUDICE. (Doc. 10.)

Dated this 19th day of May, 2026.

_____
Honorable Raner C. Collins
Senior United States District Judge